IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **K. BERNARD SCHADE,** | : | CIVIL ACTION NO. 1:19-CV-962 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **THOMAS MCGINLEY,** *et al.*, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 30th day of October, 2020, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. The motion (Doc. 15) to expedite is DISMISSED as moot.

3. The Clerk of Court is directed to CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania